**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | | |
| *Craig, Marguerite, v. Bayer Corp., et al.* | : | *Case No. 04-1637* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants, that the following plaintiffs be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1): **LINDA RUNGE, LINDA L'ERARIO, HELEN MOROZZI and FREDERICK MOROZZI, RICHARD DALE and JEAN DALE, MELVINA OAKLEY, MARCELINA BIART, CARMEN HERRERA, HECTOR SUAREZ and ELIDA SUAREZ, MARJORIE BOUCHER and ROBERT BOUCHER, REUVEN GOLDMAN and ELIAN GOLDMAN,** and **INEZ GEORGE**. The parties shall each bear their own costs.

Dated: May 12, 2004

_______________________

Paul Pennock
Victoria J. Maniatis
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5504
*Attorneys for Plaintiffs*

Dated: 6/16/04

Dated: 6/10/04

SCANNED
JUN 17 2004
U.S. DISTRICT COURT MPLS

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above named plaintiffs are dismissed without prejudice.

DATED: JUN 17 2004

The Honorable Michael J. Davis
United States District Court