**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MJD/JGL)** |
| | : | |
| **This Document Relates to:** | : | |
| | : | |
| *Marguerite Craig, et al. v. Bayer Corp., et al.* | : | Case No. 04-1637 |

**ORDER**

Based on the stipulated submissions pursuant to PTO 81 and this Court's Order of August 5, 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The claims of Mary Bitner, Joseph Boyle, III, George Brenfleck, Eddie Butler, Marguerite Craig, Howard Daniels, Sr., Ella Dickey, Joan Foreman, Frances Foster, Ruth Hammell, Rosalie Holmes, Delores Howard, Muriel Hughley, Patrick Jolly, Joan Kanya, Harold Kelley, Patrick Kissinger, Roy Kramer, Audrey Levandoski, Donald Lippincott, Michael Mapes, Damiana Pimentel, Veronica Pittlus, John Pronesti, Idelmer Ramirez, Harry Rhea, Rachel Rovins, Robert Stranko, Sr., David Suchow, Robert Taylor, and Michelle Williams are **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: DEC 08 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
DEC 10 2004
U.S. DISTRICT COURT