UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Marguerite Craig, et al., v. Bayer Corp., et al.* Case No. 04-1637

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiffs Joseph Marmorstein, Esther Marmorstein, Inge Delia, Mary Ott, Anthony Valdez, Helen Valdez, Catherine Letton, James M. Letton, Jr., Joseph Calabro, Nina Calabro, and Wanda Ingersoll only in the above-entitled action may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This dismissal shall not affect the claims of the remaining plaintiffs in this action.

Dated: 3/28/06

Paul Pennock
Victoria Maniatis
Daniel Burke
WEITZ & LUXENBERG P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5504

*Counsel for Plaintiffs*

SCANNED
APR 14 2006
U.S. DISTRICT COURT MPLS

Dated: 3-28-06

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

Dated: 3-28-06

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiffs Joseph Mamorstein, Esther Marmorstein, Inge Delia, Mary Ott, Anthony Valdez, Helen Valdez, Catherine Letton, James M. Letton, Jr., Joseph Calabro, Nina Calabro, and Wanda Ingersoll are dismissed with prejudice.

DATED: APR 13 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Craig*, No. 04-1637