UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | : | MDL No. 1431 (MDL/SRN) |
| This Document Relates to: | : | |
| *Marguerite Craig, et al., v. Bayer Corp., et al.* | : | Case No. 04-1637 |

ORDER

Based on the stipulated submissions pursuant to Pretrial Order No. 149 and this Court's Order of January 28, 2007, and on the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

The claims of Plaintiffs Rita Lazar, Thomas Lazar, Carlos Alvarez, Lena Belton, Hardin Belton, Ada York, Priscilla Pierce, and Thomas Mixon are **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: MAR 01 2007

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
MAR 01 2007
U.S. DISTRICT COURT MPLS