**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION*

MDL No. 1431
(MJD/SRN)

This Document Relates to:

*Marguerite Craig, et al., v. Bayer Corp., et al.*

Case No. 04-1637

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 161 and this Court's Order of January 16, 2008, and on the files, records, and proceedings therein,

**IT IS HEREBY ORDERED:**

The claims of Plaintiffs Bevlah Kramer, Mina Taylor, Patti Boyle, Beverly Kelley, Mary M. Rhea, Hector Pimentel, Kay L. Kissinger, Wayne T. Foster, Hilda Suchow, Denise Y. Daniels, Mary Jolly, Carole A. Lippincott, Arlene Pronesti, Julia Ramirez, Stanley Bitner, Walter Dickey, Clinton Foreman, and Albert Kanya are **DISMISSED WITH PREJUDICE.**

DATED: FEB 14 2008

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
FEB 19 2008
U.S. DISTRICT COURT MPLS